KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: 510-637-3689
    Email: George.bevan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00546-MJJ (WDB) |
|     Plaintiff, ) | |
|     v. ) | APPLICATION AND ORDER AUTHORIZING DISCLOSURE OF SEALED DOCUMENTS BY THE GOVERNMENT TO DEFENDANTS |
| CHUKA E. OGELE, ET AL, ) | |
|     Defendants. ) | |

    The United States respectfully requests authorization of the Court for government counsel to provide to defendants Chuka and Jeri Ogele, as discovery, copies of search warrant documents filed under seal in the following cases:

                  05-70082-WDB

                  05-70083-WDB

                  05-70084-WDB

                  05-70147-WDB

                  05-70148-WDB

    The files themselves would remain under seal.

|   |   |
|---|---|
| | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |

Dated:   8/22/06                             /s/
                                    GEORGE L. BEVAN JR.
                                    United States Attorney

IT IS SO AUTHORIZED.

Dated:  August 23, 2006

```
IT IS SO ORDERED
Wayne D. Brazil
Judge Wayne D. Brazil
```

_____
WAYNE D. BRAZIL
United States Magistrate Judge