BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant OGELE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. 06-00546 MJJ |
|                                ) | |
| Plaintiff,      ) | **ORDER PERMITTING DEFENDANT'S** |
|                                ) | **COUNSEL TO VIEW AND COPY** |
| vs.                           ) | **PASSPORTS** |
|                                ) | |
| CHUKA OGELE,                   ) | |
|                                ) | |
| Defendant.    ) | |
| _____) | |

At his initial appearance in the above-captioned matter, Mr. Ogele was ordered to submit his passports to the Clerk of the United States District Court as a condition of release. Mr. Ogele submitted two passports, one issued by Nigeria in the name of Emeka Ogele, and the other issued by the United States in the names of Chuka Emeka Ogele and Emeka Ogele. As set out in his declaration dated August 17, 2006, Chuka Ogele uses both "Chuka Emeka Ogele" and "Emeka Ogele." Mr. Ogele did not make a copy of his passports before submitting them, and his counsel now seeks to obtain a copy. Counsel for Mr. Ogele has informed counsel for the government of her desire to copy the passports, and counsel for the government has no objection. Therefore, IT IS HEREBY ORDERED that Assistant Federal Public Defender Rebecca Silbert, or her representative, may obtain Mr. Ogele's Nigerian and United States passports from the

1  Clerk's office for the purpose of making copies of the documents.  The passports shall be
2  returned to the Clerk's office immediately after the copies are made.
3  SO ORDERED.
4  DATED:  November 28, 2006

_____
HON. WAYNE D. BRAZIL
United States Magistrate Judge