1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant OGELE
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       ) No. 06-00546 MJJ
                                     )
12 |          Plaintiff,             ) STIPULATION AND [PROPOSED]
                                     ) ORDER CONTINUING DATE FOR
13 | vs.                             ) STATUS CONFERENCE
                                     )
14 | CHUKA OGELE and JERI OGELE,     ) Current Date:    December 1, 2006
                                     ) Requested Date:  January 19, 2007
15 |          Defendant.             )
   |_____ )
16

17     Chuka and Jeri Ogele are scheduled to appear before this Court on Friday, December 1,

18 2006 at 2:30 p.m. in Oakland for status. The parties are discussing settlement, and continuing to

19 deal with the voluminous discovery. The government is working to accommodate Mr. Ogele's

20 request to copy the 12 computers that were seized, as well as his request to review the three

21 carloads of documents and objects seized from Mr. Ogele during execution of pre-indictment

22 search warrants. Counsel has also been diligently reviewing the discovery already produced and

23 working with her investigator and paralegal to follow-up on the numerous issues raised by the

24 discovery. Due to the complex and voluminous nature of the discovery, however, the parties are

25 not yet ready to set motions dates.

26     The parties stipulate and agree that this matter should be continued to Friday, January 19,

Ogele Stip to Continue to 1/19; CR 06-00546 MJJ          1

2007 at 2:30 p.m. in Oakland for possible change of plea or status. The parties further stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(8)(A) and (B)(iv), because the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In addition, the parties agree that this case is complex under 18 U.S.C. § 3161(h)(8)(B)(ii), because it involves international transactions going back at least five years, as well as large amounts of discovery that, as yet, have not been indexed nor organized, and which the defense has not yet been able to access.

/S/

Date: 11/30/06

Rebecca Sullivan Silbert
Assistant Federal Public Defender
Counsel for Chuka Ogele

/S/

Date: 11/30/06

Demetrius Costi
Counsel for Jeri Ogele

/S/

Date: 11/30/06

George Bevan
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Ogele Stip to Continue to 1/19; CR 06-00546 MJJ        2

1  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
2  is continued to Friday, January 19, 2007 at 2:30 p.m. for status or change of plea, and that time is
3  excluded from December 1, 2006 through January 19, 2007 pursuant to 18 U.S.C.
4  §§3161(h)(8)(A) and (B)(iv), and 18 U.S.C. § 3161(h)(8)(B)(ii).

7  IT IS SO ORDERED.

9  11/30/2006
   Date

   *[signature: Martin J. Jenkins]*
   Honorable Martin J. Jenkins
10 Judge, United States District Court
   Northern District of California

Ogele Stip to Continue to 1/19; CR 06-00546 MJJ            3