1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CHUKA OGELE
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )    No. 06-00546 MJJ
11                                   )
                     Plaintiff,      )    **STIPULATION AND [PROPOSED]**
12                                   )    **ORDER CONTINUING STATUS**
   vs.                               )    **CONFERENCE**
13                                   )
   CHUKA OGELE                       )
14                   Defendant.      )
                                     )
15

16      This matter presently is scheduled for a status conference on February 16, 2007, at 2:30

17  p.m. Assistant Federal Public Defender Jerome Matthews recently entered the case as counsel of

18  record, and has not yet familiarized himself with all of the existing discovery, which is

19  voluminous, or the legal issues the discovery presents. It also appears that the defense will be

20  seeking additional discovery from the government. Counsel further understands that the Court

21  has made a complexity finding under 18 U.S.C. § 3161(h)(8)(B)(ii). For these reasons, Mr.

22  Ogele and the government STIPULATE AND AGREE that the Court continue this matter to

23  March 2, 2007. The parties agree that the Court should exclude time under the Speedy Trial Act

24  for effective preparation of his defense, given the complexity of this case, and for continuity of

25  defense counsel.

26

STIP/ORD                              1

1  SO STIPULATED.

2                                                            /S/

3  Dated: February 8, 2007
                                                    _____
4                                                   GEORGE BEVAN
                                                    Assistant United States Attorney

5                                                            /S/
   Dated: February 8, 2007
6                                                   _____
                                                    JEROME E. MATTHEWS
7                                                   Assistant Federal Public Defender

8  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

9  "conformed" signature (/S/) within this e-filed document.

10

11      Based on the facts set forth in the foregoing stipulation, the Court finds that there is good

12  cause to continue this matter to March 2, 2007 @ 2:30 p.m. for a further status conference. The Court

13  excludes time under the Speedy Trial Act for effective preparation of the defense and for

14  continuity of defense counsel. The Court maintains its existing finding that this matter is

15  complex under 18 U.S.C. § 3161(h)(8)(B)(ii).

16      SO ORDERED.

17

18  Dated: February 9, 2007
                                                    _____
19                                                  MARTIN J. JENKINS
                                                    United States District Judge

20

21

22

23

24

25

26

STIP/ORD                                2