1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CHUKA OGELE
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,         )    No. 06-00546 MJJ
11                                   )
              Plaintiff,             )    **STIPULATION AND** [PROPOSED]
12                                   )    **ORDER CONTINUING STATUS**
   vs.                               )    **CONFERENCE**
13                                   )
   CHUKA OGELE                       )
14            Defendant.             )
   _____    )
15

16        This matter presently is scheduled for a status conference on March 16, 2007, at 2:30 p.m.

17 Assistant Federal Public Defender Jerome Matthews recently entered the case as counsel of

18 record. To date, defense counsel has reviewed much of the existing discovery, which is

19 voluminous, but may also seek additional discovery from the government. Counsel further

20 understands that the Court has made a complexity finding under 18 U.S.C. § 3161(h)(8)(B)(ii).

21 For these reasons, Mr. Ogele and the government STIPULATE AND AGREE that the Court

22 continue this matter to April 27, 2007. The parties agree that the Court should exclude time

23 under the Speedy Trial Act for effective preparation of his defense and, at this stage, maintain its

24 complexity finding.

25

26

STIP/ORD                              1

SO STIPULATED.

/S/

Dated: March 15, 2007

---

GEORGE BEVAN
Assistant United States Attorney

/S/

Dated: March 15, 2007

---

JEROME E. MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Based on the facts set forth in the foregoing stipulation, the Court finds that there is good cause to continue this matter to April 27, 2007 for a further status conference. The Court excludes time under the Speedy Trial Act for effective preparation of the defense. The Court maintains its existing finding that this matter is complex under 18 U.S.C. § 3161(h)(8)(B)(ii).

SO ORDERED.

Dated: March 22, 2007

---

MARTIN J. JENKINS
United States District Judge