SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GEORGE L. BEVAN JR. (CSBN 65207)
Assistant United States Attorney

Federal Courthouse
1301 Clay Street, Suite 340S
Oakland, Ca. 94612
Telephone: 510-637-3689
Fax: 510-637-3679
Email: George.bevan@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JERI OGELE,<br><br>    Defendant. | No. CR-06-00546-MJJ<br><br>STIPULATION AND ORDER ADDING DEFENDANT TO APRIL 27, 2007 OAKLAND CALENDAR WITH CO-DEFENDANT CHUKA OGELE |

The United States and the defendant, through their respective counsel, jointly request and stipulate that defendant Jeri Ogele be added to the Court's April 27, 2007 Oakland calendar with co-defendant Chuka Ogele for status/setting. Calendaring Mrs. Ogele to this calendar is necessary so that she is remains on the same track as Chuka Ogele.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: 4/23/07

/s/ George L. Bevan Jr.
GEORGE L. BEVAN JR.
Assistant United States Attorney

```
 1
 2
 3  Dated: 4/23/07
 4                                    DEMETRIUS M. COSTY, ESQ.
                                      Counsel for Defendant Jerl Ogele
 5
 6
 7
 8  IT IS SO ORDERED.
 9
10  Dated: 4/24/2007
                                      MARTIN J. JENKINS
11                                    United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

2

TOTAL P.03